**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00223-CV**
_____

**IN RE BRUCE L. JAMISON**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-09-10625-CV**

_____

**ORDER**

On October 19, 2021, Relator filed a suggestion of bankruptcy of Southern Luxury Motorcars, LLC. Although the bankruptcy debtor is not a party to this mandamus proceeding, it appears any further action by the trial court in Cause Number 20-09-10625-CV has been stayed by virtue of Appeal No. 09-21-00180-CV, *Southern Luxury Motorcars, LLC, d/b/a Crave Luxury Auto, and Andrew Powers v. Karl Stomberg et al. See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(b). That appeal has been abated due to the bankruptcy. *See* Tex. R. App. P. 8.

1

Accordingly, we abate this mandamus proceeding until Appeal No. 09-21-00180-CV is reinstated or dismissed.

ORDER ENTERED December 6, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.